GRANIERI *v.* CALIFORNIA.

No. 117, Misc.   Decided October 13, 1958.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

UNITED STATES EX REL. FARNSWORTH *v.* MURPHY, WARDEN, ET AL.

No. 82, Misc.   Decided October 13, 1958.

*Nicholas John Stathis* for petitioner.

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* Assistant Solicitor General, and *George K. Bernstein,* Assistant Attorney General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the United States Court of Appeals for the Second Circuit is vacated and the case is remanded to the District Court for a hearing.